USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

JAVON WALKER,

                       Defendant.

------------------------------------------------------------ X

**ORDER**

13 Cr. 200 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The above-named defendant is released on bail subject to the following conditions:

1. Travel is restricted to the Southern District of New York and the Eastern District of New York.
2. Defendant must surrender all travel documents and shall not make any new applications for travel documents.
3. Defendant must appear on November 15, 2019, at 8:30 A.M., at the Samaritan Daytop Village Van Wyck facility for intake screening and then submit to inpatient substance abuse treatment as directed by the Samaritan Daytop Village.
4. Defendant must comply with all previously imposed conditions of supervised release.

    SO ORDERED.

Dated:    November 14, 2019
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                United States District Judge