Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

<u>VIA ECF</u>

April 29, 2020

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Javon Walker*, 13 Cr. 200 (AKH)

Dear Judge Hellerstein:

    On April 27, 2020, I was appointed in this matter to defend Mr. Walker in the allegation that he violated his supervised release. The Court held a telephonic bail hearing, and detained Mr. Walker. He is currently detained at MCC. To effectively prepare for the violation of supervised release, it is necessary to review his intake, assessment, and treatment records from (1) Samaritan Village Daytop Highbridge Residential Treatment Program, 1381 Dr. Martin Luther King Boulevard, Bronx, NY; (2) Odyssey House, 953 Southern Boulevard, Suite 301, Bronx, NY; (3) Samaritan Village Daytop, 2800 Bronxwood Avenue, Bronx, NY; and (4) Samaritan Village Daytop Van Wyck facility, 88-83 Van Wyck Expressway, Jamaica, NY.

    Time is of the essence. The next court appearance is schedule for May 11, 2020. MCC has shut down in-person legal visitation; I cannot obtain a signed release. Also, due to the delayed operations of offices throughout the city, I will not be able to procure these records directly from the above-named facilities in an expedited time frame. I understand that these treatment records are in the possession of the U.S. Probation Office. **Accordingly, I respectfully request the Court's endorsement of this letter, directing the U.S. Probation Office to provide me with all of Mr. Walker's intake, assessment, and treatment records from the facilities named above *FORTHWITH*.**

    Thank you for your consideration of this request.

Respectfully submitted,

Susan K. Marcus, Esq.
*Counsel for Javon Walker*

Without opposition, the U.S. Probation Office is ordered to produce, promptly, the documents requested to the extent such documents are in the possession or control of the U.S. Probation Officer or U.S. Attorney's Office.

/s/ Alvin K. Hellerstein
5/1/2020