UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America,

       -against-             **ORDER REGULATING PROCEEDINGS**

Javon Walker,
                                                13 Cr. 200 (AKH)

                          Defendant.
------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

       A violation of supervised release hearing is scheduled in the above-captioned matter for May 11, 2020 at 12:00 p.m. A publicly-accessible audio line is available by dialing 855-268-7844, entering 32091812# as the access code, and entering 9921299# as the pin number.

       If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 7518680, followed by the pound (#) key.

       SO ORDERED.

Dated:     New York, New York
              May 7, 2020

                                                               ALVIN K. HELLERSTEIN, U.S.D.J.